UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVILA GENERAL CONTRACTORS, LLC | § | Case No. 21-10090-tmd-7 |
| | § | |
| DEBTOR. | § | Chapter 7 |
| | § | |
| RON SATIJA, as Trustee of the Estate of Davila General Contractors, LLC | § § § | |
| | § | |
| Plaintiff | § | Adversary No. 21-01038- tmd |
| | § | |
| v. | § | |
| | § | |
| HAZA FOODS, LLC and SALON SUITES MEMORIAL GATEWAY, LLC. | § § § | |
| | § | |
| Defendants. | § | |

## **DEFENDANT'S DEMAND FOR JURY TRIAL**

To The Honorable Bankruptcy Judge Tony M. Davis

Defendant, HAZA FOODS, LLC, demands trial by jury in this action of all issues triable to a jury pursuant to Bankruptcy Rule 9015(a) (Rule 38 of the Federal Rules of Civil Procedure),

Dated this 20th of September, 2021.

                                                                                           Respectfully submitted,

                                                                                           **WAUSON | KING**

                                          By: ____*/s/ Anabel King*____
                                                            **John Wesley Wauson**
                                                            State Bar No. 20988200/Fed. ID No. 1866
                                                            jwwauson@w-klaw.com
                                                            Anabel King
                                                            Texas Bar No. 24067659 / Fed. ID 1012318
                                                           aking@w-klaw.com

1

        52 Sugar Creek Center Blvd., Suite 325
        Sugar Land, Texas 77478
        (281) 242-0303 (Telephone)
        (281) 242-0306 (Facsimile)
        *Attorneys for Defendant, Haza Foods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via electronic means as listed on the court's ECF noticing system on this 20th day of September, 2021.

        */s/ John Wesley Wauson*
        John Wesley Wauson
        Anabel King